IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



FILED OCT 27 2006

| | | |
|---|---|---|
| ALICE J. ALSTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV00121 |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY and THE IBM LONG-TERM | ) | |
| DISABILITY PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

TILLEY, District Judge

This case arises from a dispute between Plaintiff Alice J. Alston and Defendants Metropolitan Life Insurance Company and the IBM Long-Term Disability Plan concerning the termination of Ms. Alston's long-term disability benefits. On June 21, 2006, an Order and Recommendation of United States Magistrate Judge ("Recommendation") [Doc. # 41] was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). Plaintiff timely filed objections to the Recommendation and Defendants have responded. The Court has reviewed the objected-to portions of the Recommendation and has made a de novo determination which is in accord with the Recommendation.

IT IS THEREFORE ORDERED that: (1) Defendant's Motion for Summary Judgment [Doc. # 24] is GRANTED; (2) Plaintiff's Motion for Summary Judgment [Doc. # 18] is DENIED; and (3) Plaintiff's Motion for Pre-Judgment Interest,

Attorney's Fees and Costs [Doc. # 20] is DENIED AS MOOT. This case is thereby DISMISSED.

This 27TH day of October, 2006

_____
United States District Judge